UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DEON MONTE CAMPBELL, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Case No. 11-1261 |
| FCI PEKIN, | ) ) ) | |
| Respondent. | ) | |

# **O R D E R**

The matter presently before the Court is a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

Pursuant to 28 U.S.C. §§ 2243 and 2241, the Court's preliminary review indicates that the Petition could have merit and therefore orders Respondent to show cause, if any it may have, within twenty-one (21) days after service of this Order, why said writ should not be granted.

IT IS ORDERED that the Clerk serve a copy of the Petition by certified mail upon Respondent as directed by Petitioner. All costs of service shall be advanced by the United States.

After Respondent has filed its response, Petitioner is ordered to file any traverse or reply to Respondent's response within twenty-one (21) days after service of said response on him. The Court admonishes Petitioner that a failure to reply to the response pursuant to 28 U.S.C. § 2248 will cause the Court to take the allegations in the response to the Writ of Habeas Corpus as true except to the extent that the judge finds from the evidence that they are not true.

IT IS FURTHER ORDERED that Petitioner shall serve upon Respondent or, if appearance has been entered by counsel, upon its attorney, a copy of every further pleading or other document submitted for consideration by the Court. Petitioner shall include with the original paper to be filed

with the Clerk of the Court a certificate stating the date that a true and correct copy of any document was mailed to Respondent or its counsel. Any paper received by this Court which has not been filed with the Clerk or which fails to include a certificate of service will be disregarded by the Court.

IT IS FURTHER ORDERED that Petitioner immediately notify the Court of any change in his mailing address. Failure to notify the Court of any change in mailing address will result in dismissal of this lawsuit, with prejudice.

Entered this 21st day of September, 2011.

s/ James E. Shadid<br>
JAMES E. SHADID<br>
UNITED STATES DISTRICT JUDGE